IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Selena Jones, | No. 10-C-0008 |
| Plaintiff, | Judge James F. Holderman |
| v. | |
| U.S. Bank, N.A., *as Trustee*, et al., | |
| Defendants. | |

## DEFENDANTS U.S. BANK, N.A., *AS TRUSTEE OF CREDIT SUISSE 2004-AA1*, AND AMERICA'S SERVICING COMPANY MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

For the reasons set forth in the accompanying Memorandum in Support, Defendants U.S. Bank, N.A., as Trustee of Credit Suisse 2004-AA1 and America's Servicing Company, by and through their attorneys, hereby move to dismiss with prejudice all claims set forth against it by Plaintiff Selena Jones in Plaintiff's Amended Complaint pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: June 18, 2010

Respectfully submitted

By: /s/ Michelle Dohra

Lucia Nale
Michelle V. Dohra
James V. Hart
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendants U.S. Bank, N.A. and America's Servicing Company*

1514082

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 18, 2010, she caused copies of NOTICE OF MOTION, DEFENDANTS U.S. BANK, N.A., *AS TRUSTEE OF CREDIT SUISSE 2004-AA1*, AND AMERICA'S SERVICING COMPANY MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, and MEMORANDUM IN SUPPORT to be served on all registered counsel via the Northern District of Illinois Electronic Filing System and by U.S. Mail, postage prepaid, to

    Selena Jones
    3622 Cherry Hill Drive
    Flossmoor, Illinois 606422

                                            By: /s/ Michelle V. Dohra_____
                                                    Michelle V. Dohra