# REAL TIME RESOLUTIONS, INC.

MO: 185015
$420.00

RECEIVED
OCT 29 2008
BY:

ORIGINAL

October 08, 2008

SELENA POOLE
3622 CHERRY HILL DRIVE
FLOSSMOOR IL 60422

RE: RTR Loan# 0359123371
3622 CHERRY HILL DRIVE
FLOSSMOOR, IL 60422

Dear Borrower:

We have enclosed the following items with respect to the modification to your loan

- One copy of the Modification Agreement marked "Original" to be signed by you in the designated space and returned to us in the postage-paid envelope provided for your convenience.
- One copy of the Modification Agreement marked "Copy" for you to keep with your records
- An amortization schedule reflecting the new principal balance, payment amount, and maturity date of your loan, also for your records.

Please return the signed modification letter (both page 1 and page 2) along with certified funds (cashier's check or money order, no personal checks will be accepted) in the amount of **$419.58** to be received in our office no later than **11/3/2008**.

Should you have any questions regarding the modification of your loan, please do not hesitate to call your loan analyst, Shane Wagner, toll-free at 877-469-7325 ext. .

Sincerely,

Derek Junek
Derek Junek
Loan Modification Coordinator

Enclosures

---

**IMPORTANT NOTICE REQUIRED BY LAW:**
This agency is engaged in the collection of debts. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

---



EXHIBIT
B

1750 Regal Row, Suite 120, Dallas, TX 75235-2287
Main 877-469-7325 • Facsimile 214-599-6384

\rpt\rtr_mod collections.rpt

SELENA POOLE
RTR Loan # 0359123371

### MODIFICATION AGREEMENT

As per our conversation, your account with Real Time Resolutions, Inc ("Real Time") is currently delinquent. Real Time Resolutions, Inc. is a debt collector which is responsible for, and is authorized by, the servicer or owner of your account and note, to collect monies from you, and if appropriate, modify the terms of your existing obligation In this regard, you have requested that Real Time modify the existing term of the Note (your previously executed loan obligation, and, if applicable, the security agreement that provides for the collateral for such obligation, are referred to in this letter agreement as your "Note") or previous modification agreement (which this letter agreement supercedes). Real Time is willing to conditionally modify the terms of the Note if you agree to the following

**Section A. Amounts to be Paid:**

An Up Front Payment of **$419.58 IN CERTIFIED FUNDS ONLY (no personal checks will be accepted)** will be due back with this signed modification document by 11/3/2008. This will activate the modification agreement After the application of this payment, your next monthly payment of $400.00 will be due on 12/1/2008, and will thereafter be due on day 1 of each subsequent month until your modification agreement is paid in full The following is a breakdown of the up front payment

| | |
|---|---|
| Monthly Payment(s): | $400.00 |
| Modification Fee: | $0.00 |
| Other Fees: | $19.58 |
| Subtotal: | **$419.58** |
| Less Suspense Balance: | ($0.00) |
| **Total Due Up Front:** | **$419.58** |

**Section B. Terms of Modification**

| Current Loan Information | | Modified Loan Information | | New Principal Balance Calculation | |
|---|---|---|---|---|---|
| Current Due Date | 09/01/2006 | New Due Date: | 12/1/2008 | Current Principal Balance: | $ 38,498.98 |
| Current Interest Rate: | 11.750% | New Interest Rate: | 9.337% | Past Due Interest Added: | $9,750.61 |
| Current Term: | 360 Months | New Term: | 360 Months | Impound / Escrow Added: | $0.00 |
| Current Maturity Date: | 09/01/2034 | New Maturity Date: | 10/1/2038 | Late Fees Added: | $0.00 |
| Current Monthly Payment | $391.65 | New Monthly Payment | $400.00 | Corporate Advances Added: | $0.00 |
| | | Amounts Left Outstanding | $0.00 | **New Principal Balance:** | **$48,249.59** |

- The new interest rate (if lower than the original interest rate provided for in the Note) will remain in effect only if you remain current and do not become delinquent on your loan after the date you signed this agreement
- All other terms and conditions stated in the Note and Deed of Trust remain the same, except if you previously had an adjustable rate mortgage. Your Adjustable Rate Mortgage (ARM) loan will be converted to a fixed rate (the rate provided above) pursuant to this modification.
- You must continue to make the monthly payments as provided in this modification agreement If you fail to make the monthly payments required by this modification agreement, Real Time may discontinue any portion of its commitment it has made to you pursuant to this agreement (including any commitment to charge a lower interest rate that is described in this agreement or any previous modification agreement), and immediately take such action as it deems appropriate under the terms of the original Note or Deed of Trust (or Mortgage). Moreover, under such circumstances, Real Time may take action under the Note even though it has not taken action with respect to the collateral under the Deed of Trust (or Mortgage).
- I hereby authorize Real Time to send monthly billing statements regardless of my current or prior bankruptcy status

_____
Borrower Initials

_____
Co-Borrower Initials

SELENA POOLE
RTR Loan # 0359123371

**Section C. Acceptance of Offer:**

The borrower, for new, fresh and valuable consideration which is hereby acknowledged, hereby agrees to the terms expressed in this modification agreement, and further, hereby forever releases, discharges and relinquishes the original and any subsequent lender, creditor, servicer, and any current or prior owner of your home loan, note, or lien, Real Time Resolutions, Inc. and any entities affiliated or related thereto, and its or their respective employees, agents, attorneys, consultants, advisors, successors and assigns from any and all liabilities, claims, causes of action, losses, damages or other matters whatsoever, known or unknown, which have been asserted or which could in the future be asserted, that relate to claims, causes of action, losses, damages, professional or attorney's fees or other matters arising out of or relating in any way to this agreement, the lien described herein which the homeowner also hereby acknowledges as being fully outstanding and fully enforceable, activities relating to the former or current servicing of your loan or lien, the collection or negotiations with the homeowner by Real Time Resolutions, Inc or any other servicer of your home loan or note, to any loan, note, or lien related documents, their origination process and any charges, interest, principal, or fee payments or requirements relating thereto, and any and all transactions, disclosures, modifications or recordings contemplated thereunder, whether performed or not performed, or the Property, including but not limited to the improvements constructed thereon, to your bankruptcy or your actual or potential discharge

X _Selena R. Poole_  10/15/2008    X _____
Borrower                 Date         Co-Borrower           Date

_REDACTED_                            _____
Social Security Number                Social Security Number

_708 798-4167_                        _____
Home Telephone                        Home Telephone

_____        _____
Alternate Number                      Alternate Number

_CORNERSTONE Medical Billing_  708 799-5637    _____
Business Name & Business Phone Number          Business Name & Business Phone Number

_Flossmoor, IL_                       _____
Business Address                      Business Address

Please provide us with information regarding your first Mortgage, if applicable
Company Name _ASC_    Account No. _120506974 6_    Phone No. _800-842-765_