IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Selena Jones, | No. 10-C-0008 |
| Plaintiff, | Judge James F. Holderman |
| v. | |
| U.S. Bank, N.A., *as Trustee*, et al., | |
| Defendants. | |

**NOTICE OF MOTION**

To: All Counsel of Record
      Ms. Selena Jones

PLEASE TAKE NOTICE that on Tuesday, August 2, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James F. Holderman, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 2541 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present DEFENDANTS U.S. BANK, N.A., AS TRUSTEE OF CREDIT SUISSE 2004-AA1, AND AMERICA'S SERVICING COMPANY MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT, a copy of which is attached hereto and hereby served upon you.

Dated: July 29, 2011                        Respectfully submitted

                                               By: /s/ Michelle Dohra_____

                                               Lucia Nale
                                               Michelle V. Dohra
                                               James V. Hart
                                               Mayer Brown LLP
                                               71 South Wacker Drive
                                               Chicago, IL 60606

                                               *Attorneys for Defendants U.S. Bank, N.A. and America's Servicing Company*

700391291