# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SELENA JONES A/K/A SELENA POOLE, A/K/A SELENA R. POOLE,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON 2004-AA1, ET AL.,<br><br>Defendants. | Case No: 1:10-CV-0008<br><br>Judge James F. Holderman |

## ORDER

This matter coming before the Court on Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company's ("ASC") Motion for Extension of Time [Doc. 194], and the Court having been apprised that ASC and Plaintiff Selena Jones ("Plaintiff") have reached agreement with respect to ASC's motion, IT IS HEREBY ORDERED that ASC shall file its motion for summary judgment by January 31, 2014; Plaintiff shall file her response brief by February 25, 2014; and ASC shall file its reply brief by March 18, 2014. Motion hearing set for January 21, 2014 is stricken.

ENTERED:

1/17/14

_____
James F. Holderman
United States District Judge